# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**JOHNNY FOSTER, JR,**

    **Plaintiff,**

v.                                               **CASE NO. 1:06-cv-00004-MP-AK**

**JAMES CROSBY,**
**et al,**
    **Defendants.**

_____/

## **REPORT AND RECOMMENDATION**

Plaintiff was advised by Order dated February 3, 2006, that his complaint was deficient, and he should file an amended complaint on or before February 22, 2006. (Doc. 5). When no amended complaint was filed, the Court entered a show cause order directing a response on or before April 14, 2006. (Doc. 6). No response or other communication has been made by Plaintiff.

A trial court has inherent power to dismiss a case *sua sponte* for failure to prosecute. Link v. Wabash Railroad, 370 U.S. 626, 82 S. Ct. 1386, 8 L.Ed2d 734 (1962). Fed. R. Civ. P. 41(b) also authorizes a district court to dismiss an action for failure to obey a court order. Plaintiff has failed to comply with two orders of this Court directing that he file an amended complaint or explain why he has not (docs. 5 and 6), and he has not otherwise prosecuted his lawsuit. Consequently, this case should be dismissed.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** with prejudice.

**IN CHAMBERS** at Gainesville, Florida, this 4th day of May, 2006.

> s/ A. KORNBLUM
> **ALLAN KORNBLUM**
> **UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**