IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JOHNNY FOSTER, JR,

    Plaintiff,

v.                                                                    CASE NO. 1:06-cv-00004-MP-AK

JAMES CROSBY, et al.,

    Defendants.

_____/

**O R D E R**

This matter is before the Court on the Report and Recommendation of the Magistrate Judge, doc. 7, recommending that this matter be dismissed for failure to prosecute and to comply with an order of the Court. The plaintiff has not filed objections, and has not responded in any way since being ordered to amend his complaint on February 3, 2006. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The Report and Recommendation of the Magistrate Judge is adopted and this case is dismissed. The Clerk is directed to close the file.

**DONE AND ORDERED** this  28th   day of July, 2006

                              *s/Maurice M. Paul*
                       Maurice M. Paul, Senior District Judge